**MICHAEL J. HARKER, ESQ.**  E-FILED March 1, 2017
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
Mharker@harkerlawfirm.com
Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARCOS ONTIVEROS TORRES,<br><br>Debtor. | BK-S-16-14956-abl<br>CHAPTER 13<br><br><br>Hearing Date: April 13, 2017<br>Hearing Time: 2:30 p.m. |

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a MOTION TO VALUE COLLATERAL AND STRIP 2ND MORTGAGE OF FRANKLIN CREDIT MANAGEMENT CORPORATION PURSUANT TO 11 U.S.C. 506(a) AND 1129(b) was filed on March 1, 2017. Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the MOTION TO VALUE COLLATERAL AND STRIP 2ND MORTGAGE OF FRANKLIN CREDIT MANAGEMENT CORPORATION PURSUANT TO 11 U.S.C. 506(a) AND 1129(b), or if you want the Court to consider your views on the Motion, then you must file an Opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless and exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

**MICHAEL J. HARKER, ESQ.**
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax(702) 425-7290

1

ontiveros.bk.mot2value.notcofhrg03.17.mw.wpd

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The Court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The Court may *rule against you* without formally calling the matter at the hearing

**NOTICE IS HEREBY GIVEN** that the above named Debtor shall have the hearing on the MOTION TO VALUE COLLATERAL AND STRIP 2ND MORTGAGE OF FRANKLIN CREDIT MANAGEMENT CORPORATION PURSUANT TO 11 U.S.C. 506(a) AND 1129(b) , to be heard at 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, in the Foley Federal Building on April 13, 2017 at 2:30 p.m.

RESPECTFULLY submitted this 1st day of March, 2017.

LAW OFFICE OF MICHAEL J. HARKER, ESQ.

　/s/　Michael J. Harker
**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000
*Mharker@harkerlawfirm.com*
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of MICHAEL J. HARKER, ESQ., and that on the 1st day of March, 2017, I caused the foregoing documents, entitled NOTICE OF HEARING and MOTION TO VALUE COLLATERAL AND STRIP 2ND MORTGAGE OF FRANKLIN CREDIT MANAGEMENT CORPORATION PURSUANT TO 11 U.S.C. 506(a) AND 1129(b) , to be served as follows:

[ x ]   by placing a copy of the same for mailing in the United States mail, with first class postage prepaid addressed to attached creditor matrix; and/or

[ ]   by causing a copy to be sent via facsimile at the number(s) listed below; and/or

[ ]   by hand delivering a copy to the party or parties as listed below:

Franklin Credit Management Corporation
Attn: Managing Officer
P.O. Box 2301
Jersey City, NJ 07303-2301

　　　　　　　　　　　　　　　　　　　/s/ Mandi Wonders
　　　　　　　　　　　　　　　　　**MANDI WONDERS**, Legal Assistant of
　　　　　　　　　　　　　　　　　Michael J. Harker, Esq.

# # #

MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax(702) 425-7290