

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 27, 2017

_____

**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., Suite 200
Las Vegas, Nevada 89102
Mharker@harkerlawfirm.com
(702) 248-3000
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Chapter 13 Proceedings<br>CASE NO: 16-14956-abl |
| MARCOS ONTIVEROS TORRES, | Hearing Date: April 13, 2017<br>Hearing Time: 2:30 p.m. |
| Debtors. | |

**<u>ORDER VALUING COLLATERAL AND AVOIDING LIEN OF SECOND TRUST DEED</u>**

This matter having come regularly for hearing on Debtor's Motion to Value Collateral, and "Strip Off" Second Lien Trust Deed as against Debtor's residential real property; good cause appearing therefore,

/ / /

1                                       ontiveros.bk.mot2value.ordr04.17.mw.wpd

1  IT IS HEREBY ORDERED that the security interest of Franklin Credit Management Corporation in the real property located commonly known as 5226 Kendall Ridge Court, Las Vegas, NV 89141, legally described as: SH 215, PLAT BOOK 106 PAGE 69, LOT 18, APN #176-36-719-018 shall be avoided under 11 U.S.C. Sec 506(d) and set aside and that the claim of such creditor(s) in these bankruptcy proceedings shall be treated as unsecured.

IT IS FURTHER ORDERED that certain Deed of Trust recorded in the Office of Clark County Recorder as document 200512290000598 on December 29, 2005 shall, conditioned upon Debtor completing the above-referenced bankruptcy proceedings and obtaining a Chapter 13 Discharge, be removed and expunged from the County records and shall thereafter no longer constitute a lien or encumbrance upon the aforesaid real property.

IT IS FURTHER ORDERED that this Order shall not be recorded with the Office of Clark County Recorder until such time as the Debtor has received his Chapter 13 discharge in this matter.

IT IS FURTHER ORDERED that in the event the instant Chapter 13 matter is dismissed or converted to a Chapter 7 the instant Order shall be vacated.

/ / /

/ / /

MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax 425-7290

IT IS FURTHER ORDERED that in the event the aforesaid property should be sold at a foreclosure trustee sale, the lawful beneficiary of the aforesaid Deed of Trust shall be entitled to receive any surplus proceeds in accordance with state law.

                                        Law Office of Michael J. Harker, Esq.

                                        BY:  /s/ Michael J. Harker
                                        **MICHAEL J. HARKER, ESQ.,**
                                        Nevada State Bar Number 5353
                                        2901 El Camino Ave., Suite 200
                                        Las Vegas, NV 89102
                                        Attorney for Debtor

**MICHAEL J. HARKER, ESQ.**
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax 425-7290

LR 9021©:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the courts ruling and that (check one):

___    The Court has waived the requirements set forth in LR 9021(b)(1).

_X_    No party appeared at the hearing or filed an objection to the motion.

___    I have delivered a copy of this proposed order to all counsel who have appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party whether the party has approved, disapproved, or failed to respond to the document):

Counsel appearing: NONE.
Unrepresented parties appearing: None

___    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted By:

/s/ Michael J. Harker, Esq.
MICHAEL J. HARKER, ESQ.
Attorney for Debtor

# # #

4      ontiveros.bk.mot2value.ordr04.17.mw.wpd

**MICHAEL J. HARKER, ESQ.**
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000 - Fax 425-7290